THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOROTHY O'BOYLE,

    Plaintiff,

v().

MIDLAND CREDIT MANAGEMENT,

    Defendant.

3:19-CV-1117
(JUDGE MARIANI)

## ORDER

AND NOW, THIS __11th__ DAY OF OCTOBER 2019, upon receipt of Plaintiff's Notice of Voluntary Dismissal (Doc. 6), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED THAT** the above captioned matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge